UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR SOLANO, ET AL.,

                         Plaintiffs,

          - against -

TRIUMPH CONSTRUCTION CORP., ET AL.,

                    Defendants.

24-cv-1542 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **June 2, 2024.**

SO ORDERED.

Dated:    New York, New York
           May 18, 2024

                                   John G. Koeltl
                      United States District Judge