UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR SOLANO, ET AL.,

                Plaintiffs,

- against -

TRIUMPH CONSTRUCTION CORP., ET AL.,

                Defendants.

24-cv-1542 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to file a Rule 26(f) Report is stayed pending the completion of mediation. The parties should provide a status report within seven (7) days of the completion of mediation.

SO ORDERED.

Dated:    New York, New York
            July 3, 2024

                                    John G. Koeltl
                              United States District Judge